# UNITED STATES DISTRICT COURT

for the

Western District of Washington

_____ Division

Case No. 25 CV-1264 KKE
*(to be filled in by the Clerk's Office)*

Alonzo Jamichael Severson

**Plaintiff(s)**
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Shein, Tik Tok, Samsung

**Defendant(s)**
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Jury Trial: *(check one)* ☐ Yes ☐ No

FILED _____ LODGED
_____ RECEIVED

JUL 07 2025

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Alonzo Jamichael Severson
Address: 5010 SW 317th Ln T303
City: Federal Way   State: WA   Zip Code: 98023
County: KING
Telephone Number:
E-Mail Address: ajjseverson@gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: TikTok Inc
Job or Title (if known):
Address: 5800 Bristol Parkway Suite 100
City: Culver City   State: CA   Zip Code: 90230
County:
Telephone Number:
E-Mail Address (if known):

☒ Individual capacity   ☒ Official capacity

Defendant No. 2
Name: TikTok
Job or Title (if known):
Address: Raffles Quay, #26-10 South Tower
City: SINGAPORE   State:    Zip Code: 048583
County:
Telephone Number:
E-Mail Address (if known):

☒ Individual capacity   ☒ Official capacity

Defendant No. 3
Name: SHEIN
Job or Title (if known):
Address: 112 Robinson Rd
City: Singapore    State: Singapore    Zip Code:
County:
Telephone Number:
E-Mail Address (if known):

☒ Individual capacity  ☒ Official capacity

Defendant No. 4
Name: Samsong
Job or Title (if known):
Address: 129 Samsung, Yeongtony, Suwon
City:    State: Korea    Zip Code:
County:
Telephone Number:
E-Mail Address (if known):

☒ Individual capacity  ☒ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☒ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Pro IP Act of 2008
110th Congress Public Law 110-403

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

> Used stolen Intelectual property to gain extreme success and countless dollars.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  Where did the events giving rise to your claim(s) occur?

> King County Jail

B.  What date and approximate time did the events giving rise to your claim(s) occur?

> 2016 - current

C.  What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

> Loss of Life's Work, Loss of Life

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

PTSD

Insomnia

Social Anxiety
Anxiety
Extreme Memory Loss
Vast amount of Paranoia
Loss of Family and Friends.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

For crimes of Copyright Infringement.
I, Alonzo Jamichael Severson, request

Tik Tok: $10,000,000,000,000.
          Ten trillion dollars

Samsung: $10,000,000,000,000.
         Ten Trillion Dollars.

Shein: $10,000,000,000,000
       Ten trillion Dollars.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: July 3rd, 2025

Signature of Plaintiff: *[signature]* — UCC 1-308

Printed Name of Plaintiff: Alonzo Severson

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

*City*     *State*     *Zip Code*

Telephone Number

E-mail Address